O

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )
12                  Plaintiff,           )        ED 08-417M
                                         )
13      v.                               )    ORDER OF DETENTION AFTER HEARING
                                         )         (18 U.S.C. § 3142(i))
14  JOSE GARCIA PUENTE,                  )
                                         )
15                  Defendant.           )
    _____   )

16

17                                       I.

18      A.  (  ) On motion of the Government involving an alleged

19          1.  (  ) crime of violence;

20          2.  (  ) offense with maximum sentence of life imprisonment or death;

21          3. (  )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                  (21 U.S.C. §§  801,/951, et. seq.,,/955a);

23          4.  (  ) felony - defendant convicted of two or more prior offenses described above.

24      B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25          1.  ( X )    serious risk defendant will flee;

26          2.  (  ) serious risk defendant will

27              a. (  )   obstruct or attempt to obstruct justice;

28              b. (  )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                          II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3        A.  ( X )    appearance of defendant as required; and/or

4        B.  (  ) safety of any person or the community;

5                                          III.

6    The Court has considered:

7        A.  ( x ) the nature and circumstances of the offense;

8        B.  (x) the weight of evidence against the defendant;

9        C.  (x) the history and characteristics of the defendant;

10       D.  (  ) the nature and seriousness of the danger to any person or to the community.

11                                         IV.

12   The Court concludes:

13       A.  (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15       B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16              **Defendant is undocumented.  He has no ties to the community and no bail**

17              **resources.**

18

19       C.  (  ) A serious risk exists that defendant will:

20              1. (  )   obstruct  or  attempt to  obstruct  justice;

21              2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23       D.  (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24              provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                            - 2 -                            Page 2 of 3

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5 consultation with his counsel.

6

7

8 Dated: November 13, 2008

9

           Marc L. Goldman

10          U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**