FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jose Garcia-Puente,<br><br>　　　　　　Defendant. | Case No.: EDCR-08-256-GHK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested ~~in this District~~ pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background and bail resources, apparent

1 _undocumented alien, numerous prior deportations,_

4 and/or

5 B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/6/15

_/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2